UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRANDON ERP**

**VERSUS**

**CITY OF BATON ROUGE/PARISH OF
EAST BATON ROUGE, ET AL.**

CIVIL ACTION

NO.: 17-CV-323-JWD-EWD

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>MOTION TO ENROLL ADDITIONAL COUNSEL</u>

     **NOW INTO COURT** through undersigned counsel come defendants, City of Baton Rouge/Parish of East Baton Rouge and Carl Dabadie, Jr., Former Chief of Police, Baton Rouge who move this Court to allow Candace B. Ford (Bar Roll #37686) to be enrolled as additional counsel of record for defendants, City of Baton Rouge and Parish of East Baton Rouge, et al, in this matter.

     BY ATTORNEYS:

**Lea Anne Batson
Parish Attorney**

| | |
|---|---|
| <u>/s/ Candace B. Ford</u> | <u>/s/Deelee S. Morris</u> |
| **Candace B. Ford (#37686)** | **Deelee S. Morris (#28775)** |
| **Assistant Parish Attorney** | **Assistant Parish Attorney** |
| P.O. Box 1471 | P.O. Box 1471 |
| Baton Rouge, LA  70821 | Baton Rouge, LA 70821 |
| (225) 389-3114 - Telephone | (225) 389-3114 - Telephone |
| (225) 389-8736 - Facsimile | (225) 389-8736 - Facsimile |
| cford@brla.gov - Email | dsmorris@brla.gov - Email |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRANDON ERP

VERSUS

CITY OF BATON ROUGE/PARISH OF
EAST BATON ROUGE, ET AL.

CIVIL ACTION

NO.:  17-CV-323-JWD-EWD

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Enroll as Additional Counsel of Record was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this **6th** day of August, 2018.

**/s/ Deelee S. Morris**
**Deelee S. Morris**