UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Brandon Erp | * | |
| Plaintiff | * | |
| | * | Civil Action No. 3:17-cv-323 |
| Versus | * | |
| | * | |
| City of Baton Rouge | * | |
| East Baton Rouge Parish | * | |
| Carl Dabadie, Jr., Chief of Police, Baton Rouge, and | * | |
| Sid J. Gautreaux, III, Sheriff, | * | Judge deGravelles |
|     East Baton Rouge Parish | * | |
| | * | |
| Defendants | * | Magistrate Judge Wilder-Doomes |

------------------------------------------------------------

# MOTION TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF

NOW INTO COURT, come Roy J. Rodney, Jr. and John K. Etter for the Rodney & Etter, LLC law firm and move to withdraw as counsel for Plaintiff, Brandon Erp, per Local Civil Rule 83(b)(13). Rodney & Etter moves to withdraw due to reasons permitted by Rule 1.16(b) of the Louisiana Rules of Professional Conduct. Withdrawal of Rodney & Etter as counsel for Mr. Erp can be accomplished without material adverse effect upon Mr. Erp's interests as there are no pending deadlines or hearings in this matter.

Undersigned counsel certifies that Mr. Epr has been notified of all deadlines and pending court appearances. This motion was served upon Mr. Erp by certified mail and by e-mail.

Mr. Erp's present address and phone numbers are:

    **3132 Wyoming Street**
    **Baton Rouge, LA 70802**
    **Phone: 225-228-9508**
    **Phone: 225-367-5194**

WHEREFORE, Roy J. Rodney, Jr. and John K. Etter of the Rodney & Etter, LLC law firm pray that this Court grant their motion to withdraw as counsel for Plaintiff, Brandon Erp.

Respectfully submitted,

　/s/ John K. Etter

Roy J. Rodney, Jr. (La. Bar No. 2079)
John K. Etter (La. Bar No. 25042)
Rodney & Etter, LLC
365 Canal Street, Suite 2690
New Orleans, LA 70130
Telephone: 504-483-3224
Facsimile: 504-483-2259
E-Mail: rjr@rodneylaw.com
E-Mail: jke@rodneylaw.com

<u>Certificate of Service</u>

Undersigned counsel hereby certifies that all counsel of record have been served with the foregoing pleading via this Court's electronic filing system.

New Orleans, Louisiana, this 9th day of August 2018.

　/s/ John K. Etter /

John K. Etter