UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Brandon Erp | * | |
| Plaintiff | * | |
| | * | Civil Action No. 3:17-cv-323 |
| Versus | * | |
| | * | |
| City of Baton Rouge | * | |
| East Baton Rouge Parish | * | |
| Carl Dabadie, Jr., Chief of Police, Baton Rouge, and | * | |
| Sid J. Gautreaux, III, Sheriff, | * | Judge deGravelles |
|    East Baton Rouge Parish | * | |
| | * | |
| Defendants | * | Magistrate Judge Wilder-Doomes |

## ORDER

**CONSIDERING,** the foregoing Motion to Withdraw as Counsel for Plaintiff, filed by Roy J. Rodney, Jr. and John K. Etter of the Rodney & Etter, LLC law firm;

IT IS ORDERED that Roy J. Rodney, Jr. and John K. Etter of the Rodney & Etter, LLC law firm be and are hereby WITHDRAWN as counsel for plaintiff, Brandon Erp.

Signed in Baton Rouge, Louisiana, on August 14, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**