UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRANDON ERP**

**VERSUS**

**CITY OF BATON ROUGE/PARISH OF
EAST BATON ROUGE, ET AL.**

CIVIL ACTION

NO.:  17-CV-323-EWD (consent)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16(c), the parties hereby notify the Court that they have reached a settlement of this matter.  Accordingly, the parties respectfully request that the Court enter an order of dismissal, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the parties consent that the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

Respectfully submitted:

|  |  |
|---|---|
|  | ANDERSON O. "ANDY" DOTSON<br>INTERIM PARISH ATTORNEY |
| **/s/ Emily H. Posner**<br>Emily H. Posner (#35284)<br>7214 St. Charles Ave.<br>Box 913<br>New Orleans, LA 70119<br>Tel: 225-746-8820<br>Email: emilyposnerlaw@gmail.com<br>*Attorney for Plaintiff, Brandon Erp* | **/s/ Candace B. Ford**<br>Candace B. Ford (#37686)<br>Assistant Parish Attorney<br>222 St. Louis Street, 9th Floor<br>Baton Rouge, LA   70802<br>Tel: 225- 389-3114<br>Fax: 225-389-8736<br> Email: cford@brla.gov<br>*Attorney for The City of Baton Rouge/Parish of East Baton Rouge and Carl Dabadie, Jr.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Notice of Settlement was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this 17th day of June, 2019.

**/s/ Candace B. Ford**
**CANDACE B. FORD**