**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**BRANDON ERP**

**VERSUS**

**CITY OF BATON ROUGE/PARISH OF**
**EAST BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO.:  17-CV-323-EWD (consent)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION AND ORDER OF DISMISSAL**

NOW INTO COURT, through undersigned Counsel comes, plaintiff, Brandon Erp, and Defendants, The City of Baton Rouge/Parish of East Baton and Carl Dabadie, Jr., former Chief of Police, City of Baton Rouge, parties to the above entitled and numbered cause, who respectfully move that a Judgment of Dismissal be rendered by the Court dismissing all claims of Brandon Erp against The City of Baton Rouge/Parish of East Baton Rouge and Carl Dabadie, Jr., former Chief of Police, City of Baton Rouge with full prejudice, and with each party to bear their own costs.

[SIGNATURE PAGE TO FOLLOW]

Motion Submitted by:

ANDERSON O. "ANDY" DOTSON
INTERIM PARISH ATTORNEY

| | |
|---|---|
| **/s/ Candace B. Ford** | **/s/ Emily H. Posner** |
| **Candace B. Ford (#37686)** | Emily H. Posner (#35284) |
| Assistant Parish Attorney | 7214 St. Charles Ave. |
| **A. Gregory Rome (#21062)** | Box 913 |
| Director of Litigation/Risk Management | New Orleans, LA 70119 |
| **Tedrick K. Knightshead (#28851)** | Tel: 225-746-8820 |
| Sr. Special Assistant Parish Attorney | Email: emilyposnerlaw@gmail.com |
| 222 St. Louis Street, 9th Floor | *Attorney for Plaintiff, Brandon Erp* |
| Baton Rouge, LA  70802 | |
| Tel: 225- 389-8730 | |
| Fax: 225-389-8736 | |
| Email: cford@brla.gov | |
| Email: grome@brla.gov | |
| Email: tknightshead@brla.gov | |
| *Attorney for The City of Baton Rouge/Parish of East Baton Rouge and Carl Dabadie, Jr.* | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion and Order of Dismissal was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this 17th day of July, 2019.

**/s/ Candace B. Ford**
**CANDACE B. FORD**